## LOUISIANA PIGMENT COMPANY LP, Plaintiff—Appellee

v.

## FOUNDATION SYSTEMS INC, Defendant—Appellant.

No. 07–30366
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 7, 2007.

William Luther Caughman, III, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, Baton Rouge, LA, for Plaintiff–Appellee.

Michael M. Caffery, Caffery, Oubre, Campbell & Garrison, Lafayette, LA, for Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Order of the District Court, entered March 15, 2007, granting partial summary judgment in favor of Plaintiff–Appellee Louisiana Pigment Company LP is affirmed for essentially the same reasons given by the District Court.

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.

